UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| EMILY HOFMAN, individually,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>TRAVELERS INDEMNITY COMPANY,<br>a corporation,<br><br>　　　　　　　　　　Defendant. | NO. 2:24-cv-02106-JHC<br><br>ORDER ON JOINT STIPULATED MOTION FOR REMAND |

THIS MATTER having come before the Court upon the parties' Joint Stipulated Motion for Remand, Dkt. # 5, and the Court having reviewed the pleadings, files and records herein, along with all exhibits, and deeming itself advised in the matter, it is now therefore ORDERED, ADJUDGED and DECREED that the parties' Joint Stipulated Motion is GRANTED and directs the Clerk to remand this case to King County Superior Court.

DATED this 15th day of January, 2025.

　　　　　　　　　　　　　　　　　　　_John H. Chun_____
　　　　　　　　　　　　　　　　　　　John H. Chun
　　　　　　　　　　　　　　　　　　　United States District Judge

**ORDER** - 1